UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE ROBNETT,<br>  Plaintiff,<br>    v.<br>CITY OF SAN JOSE, et al.,<br>  Defendants. | Case No. 24-cv-02385-NC<br><br>**ORDER FOR PLAINTIFF'S ATTORNEY TO FILE NOTICE OF APPEARANCE OR FOR PLAINTIFF TO SHOW CAUSE**<br><br>Re: ECF 44 |

In the parties' Joint Case Management Conference Statement filed on September 18, 2024, Plaintiff Jimmy Lee Robnett, who has to date proceeded in this matter *pro se*, stated that, in 2024, he "hired another attorney to assist him with drafting these pleadings." ECF 44 at 4. Defendant San Jose Police & Fire Department Retirement Board note this statement by Plaintiff and add, "Plaintiff has made other, similar claims about having an attorney and his purported right to recover 'legal fees' from Defendants. . . . Accordingly, the Board requests that Plaintiff's 'hired' attorney please immediately file a Notice of Appearance." ECF 44 at 4 n.1; *see also* ECF 44 at 11 ("Plaintiff also seeks an award of reasonable attorney's fees, . . .).

Pursuant to the Northern District of California's Civil Local Rule 5-1(c), an attorney must e-file a Notice of Appearance whenever they join a case. Therefore, the Court orders any attorney retained by Plaintiff to file a Notice of Appearance in this

matter.  Alternatively, Plaintiff must file a written statement explaining if he does not have an attorney, and to what extent he has worked with or hired an attorney for assistance or representation in this matter.

The Notice of Appearance or written statement must be filed by September 26, 2024.

**IT IS SO ORDERED.**

Dated:  September 19, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge