UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE ROBNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 24-cv-02385-NC<br><br>**ORDER FOR ATTORNEY JAMES D. WEAKLEY TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 65, 67 |

    This morning, the Court held a hearing by Zoom videoconference on the parties' stipulated protective order. ECF 65, 68. The Court scheduled the hearing and ordered attorney James D. Weakley to attend following review of provision 7.2(h) of the stipulated protective order, which would permit Mr. Weakley to review materials designated "CONFIDENTIAL" in his capacity as Plaintiff's "'legal consultant' or 'consulting attorney.'" *See* ECF 67; ECF 65 at 10. In an ex parte email to the Court, Plaintiff indicated Mr. Weakley would be unable to attend the hearing, and Plaintiff attended the hearing in his pro se capacity. The Court has taken the stipulated protective order under submission. ECF 68.

    The Court requires additional information following this morning's hearing. Because Mr. Weakley did not attend the hearing, he must provide a written statement to the Court fully addressing the following topics: (1) what his role is in relation to Plaintiff

and this matter; (2) why he has not, cannot, or will not file a Notice of Appearance in this matter; and (3) why the Court should allow him to continue in his current capacity as a "consulting attorney" to Plaintiff without filing a Notice of Appearance and formally representing Plaintiff in this matter. The Court ORDERS Mr. Weakley to file his written response showing cause by March 12, 2025.

Plaintiff is hereby ORDERED to provide a copy of this Order to Mr. Weakley.

**IT IS SO ORDERED.**

Dated: February 26, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge